```
Gregory G. Petersen (SBN 77744)
David D. Deason (SBN 207733)
THE PETERSEN LAW FIRM
A Law Corporation
2755 Bristol Street, Suite 280
Costa Mesa, California 92626
Telephone: (714) 708-8000
Facsimile: (714) 708-8010

Attorneys for PLAINTIFFS
```

FILED
CLERK, U.S. DISTRICT COURT
FILED
DEC 11 2002
2002
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
DEC 11 2002
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Priority ___
Send ___
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BREHM, | CASE NO. CV 02-4979 JFW (JWJx) |
| Plaintiff, | **JUDGMENT RE SETTLEMENT; ORDER** |
| vs. | JUDGE: John F. Walter |
| CITY OF LOS ANGELES, and DOES 1 through 10, inclusive, | CTRM: 16 |
| Defendants. | |

Plaintiffs, as represented by Gregory G. Petersen and David D. Deason of The Petersen Law Firm, and the Defendant, City of Los Angeles, as represented by Brian Walter of Liebert Cassidy Whitmore, appeared at a confirmation hearing before this Court at which time the Court approved the terms of the Settlement Agreement and determined that the proposed Agreement was fair, reasonable and adequate.

DATED: 12/10/02                THE PETERSEN LAW FIRM

By: _____
Gregory G. Petersen
Attorneys for PLAINTIFF/
CLASS MEMBERS

I \flsa\brehm\plead\judgment order.wpd

**ORDER**

The Settlement Agreement submitted by the parties is ratified and approved by the Court and incorporated in this Judgement.

**IT IS SO ORDERED.**

DATED: DEC 1 1 2002

THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE

1 | **Edward Brehm v. City of Los Angeles**
USDC, Central, Case No. CV 02-4979 JFW (JWJx)

## PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I am employed in the county of Los Angeles, state of California. I am over the age of eighteen and not a party to the within action; my business address is 2755 Bristol Street, Suite 280, Costa Mesa, California 92626-5985

On December 10, 2002, I served the within **JUDGMENT RE SETTLEMENT; ORDER** by placing a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Peter J. Brown, Esq.<br>Brian Walter, Esq.<br>LIEBERT CASSIDY WHITMORE<br>6033 West Century Boulevard, Suite 601<br>Los Angeles, CA 90045-6415<br>Telephone: (310) 981-2000<br>Facsimile: (310) 337-0837 | Attorneys for Defendant,<br>CITY OF LOS ANGELES |

(X)  **BY MAIL:** I am "readily familiar" with this firm's practice of collection, processing, and depositing mail, with postage fully prepaid, with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that, on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing as stated in the affidavit.

( )  **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office(s) of the addressee(s) marked with a ***.

( )  **BY OVERNIGHT MAIL:** I caused said envelope(s) to be delivered by Federal Express to the addressee(s) marked with a +++.

( )  **BY FACSIMILE:** In addition to the above service by mail, hand delivery, or Federal Express, I caused said document(s) to be transmitted by facsimile to the addressee(s) marked with a ^^^.

( )  **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X)  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on December 10, 2002 at Costa Mesa, California.

*Susan Lovejoy*
Susan Lovejoy